Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone: (415) 772-1200

Robin Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Telephone: (206) 262-7680

*Attorneys for Defendants McKesson Corporation John H. Hammergren and James Beer*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| EVANSTON POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>MCKESSON CORPORATION, JOHN H. HAMMERGREN, and JAMES BEER,<br><br>            Defendants. | Case No.  3:18-cv-06525-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**<br><br>Honorable Charles R. Breyer |

Pursuant to Civil Local Rule 7-12, Lead Plaintiff Pension Trust Fund for Operating Engineers ("Lead Plaintiff") and Defendants McKesson Corporation, John H. Hammergren, and James Beer ("Defendants"), by and through their respective undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, by order dated October 26, 2018 (ECF No. 4), the Court scheduled an initial case management conference ("CMC") for January 25, 2019;

WHEREAS, by order dated December 20, 2018 (ECF No. 18), the Court vacated the CMC and associated deadlines and ordered that the parties file a joint status report by April 19, 2019;

WHEREAS, by order dated February 21, 2019 (ECF No. 42), the Court vacated the joint status report deadline, which was to be reset by the Court after Defendants responded to the amended complaint or the Court ruled on a motion to dismiss, whichever was later;

WHEREAS, on April 9, 2019, Lead Plaintiff filed its Consolidated Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 43) ("Complaint") against Defendants;

WHEREAS, on June 10, 2019, Defendants filed a motion to dismiss the Complaint;

WHEREAS, on October 30, 2019, the Court denied Defendants' motion to dismiss;

WHEREAS, the parties have negotiated a proposed schedule for the CMC and Defendants' answer to the Complaint; and

WHEREAS, the parties have agreed to file a Joint Case Management Statement pursuant to Federal Rule of Civil Procedure 26(f)(2) and Civil Local Rule 16-9 at least seven days before the CMC in lieu of a joint status report.

IT IS THEREFORE STIPULATED AND AGREED by the parties that, subject to the Court's approval:

(a) The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) no later than December 4, 2019;

(b) The parties shall file a Joint Case Management Statement pursuant to Federal Rule of Civil Procedure 26(f)(2) and Civil Local Rule 16-9 no later than January 3, 2020;

(c) The Case Management Conference will take place on January 10, 2020, at 8:30 a.m.; and

1     (d) Defendants shall file their answer to the Complaint no later than February 7, 2020.

**IT IS SO STIPULATED.**

DATED:  November 12, 2019

By: */s/ Jaime A. Bartlett*
Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone: (415) 772-1200

Robin Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
Telephone: (206) 262-7680

*Attorneys for Defendants McKesson Corporation, John H. Hammergren, and James Beer*

DATED:  November 12, 2019

By: */s/  Spencer A. Burkholz*
   Angel P. Lau (286196)
   Spencer A. Burkholz
   Luke O. Brooks
   Ryan A. Llorens
   Eric I. Niehaus
   Angel P. Lau
   Jeffrey J. Stein
   Erika Oliver
   ROBBINS GELLER RUDMAN
   & DOWD LLP
   655 West Broadway, Suite 1900
   San Diego, CA 92101
   Telephone: (619) 231-1058
   Fax: (619) 231-7423

   Shawn A. Williams
   ROBBINS GELLER RUDMAN
   & DOWD LLP

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 228-4545

*Lead Counsel for Lead Plaintiff*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Regarding Case Schedule in compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the signatory has concurred in this filing.

DATED:  November 12, 2019

By: */s/ Jaime A. Bartlett*
Jaime A. Bartlett (SBN 251825)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA  94104
Telephone: (415) 772-1200

*Attorneys for Defendants McKesson Corporation, John H. Hammergren, and James Beer*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

    (a) The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) no later than December 4, 2019;

    (b) The parties shall file a Joint Case Management Statement pursuant to Federal Rule of Civil Procedure 26(f)(2) and Civil Local Rule 16-9 no later than January 3, 2020;

    (c) The Case Management Conference will take place on January 10, 2020, at 8:30 a.m.; and

    (d) Defendants shall file their answer to the Complaint no later than February 7, 2020.

DATED: _____, 2019

By: _____
    Honorable Charles R. Breyer
    United States District Judge

5

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. 3:18-cv-06525-CRB