IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON POLICE PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION, et al.,<br><br>Defendants. | Case No. 18-cv-06525-CRB<br><br>**ORDER GRANTING MOTION FOR CLASS CERTIFICATION** |

Plaintiffs move for class certification and define the class as all persons and entities who acquired McKesson common stock between October 24, 2013 and November 3, 2016. See Mot. (dkt. 133) at 15. McKesson does not oppose class certification, but argues that the class should exclude persons who acquired McKesson stock after January 11, 2016. See Opp. (dkt. 139) at 2.

The Court grants the motion for class certification in full. The Court is unable to conclude on the existing record that the seemingly significant November 3, 2016 disclosures did not cause a decline in McKesson's stock price. And McKesson's price impact arguments are focused on the causes of subsequent economic losses rather than the integrity of the market price at the time of the relevant transactions. See Halliburton Co v. Erica P. John Fund, Inc., 573 U.S. 258, 278 (2014); Erica P. John Fund, Inc. v. Halliburton Co., 563 U.S. 804, 812–13 (2011).

The class is thus certified on the understanding that the Court may later amend the class. Because the parties have developed the issues disputed in the instant motion, McKesson may file a motion for partial summary judgment on those issues within 60 days from the date of this order.

**IT IS SO ORDERED.**

Dated: April 8, 2021



CHARLES R. BREYER
United States District Judge