Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

Robin Wechkin (admitted *pro hac vice*)
rwechkin@sidley.com
SIDLEY AUSTIN LLP
8426 316th Place Southeast
Issaquah, WA 98027
Telephone: (415) 439-1799

*Attorneys for Defendants*
*McKesson Corporation, John H.*
*Hammergren, and James Beer*

Simona G. Strauss (SBN 203062)
sstrauss@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA  94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Jonathan K. Youngwood  (admitted *pro hac vice*)
jyoungwood@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| EVANSTON POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>MCKESSON CORPORATION, JOHN H. HAMMERGREN, and JAMES BEER,<br><br>        Defendants. | Case No.  3:18-cv-06525-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AMENDED COMPLAINT AND MOTION TO DISMISS PLAINTIFF'S SECTION 20A CLAIM**<br><br>Honorable Charles R. Breyer |

Lead Plaintiff Pension Trust Fund For Operating Engineers ("Plaintiff") and Defendants McKesson Corporation ("McKesson"), John H. Hammergren, and James Beer (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the hearing on Defendants' motions to dismiss is on calendar for August 12, 2022 at 9 a.m. [Dkt. 262];

WHEREAS, the Parties have engaged in a mediation;

WHEREAS, the Parties agree that, in light of ongoing discussions surrounding mediation, it would be productive to continue the hearing on Defendants' motions to dismiss;

WHEREAS, the Parties agree that the hearing on the motions should be moved to September 30, 2022 at 9 a.m., or as soon thereafter as is convenient for the Court.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to this Court's approval:

1.     The hearing on Defendants' motions to dismiss [Dkts. 237, 240], scheduled for August 12, 2022 at 9 a.m., shall be vacated, and a new hearing on Defendants' motions to dismiss shall be scheduled for September 30, 2022.

**IT IS SO STIPULATED**.

DATED:  August 9, 2022

SIDLEY AUSTIN LLP
SARA B. BRODY
JAIME A. BARTLETT

By: _/s/ Sara B. Brody_____
SARA B. BRODY

555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415/772-1200
415/772-7400 (fax)

*Attorneys for Defendants McKesson Corporation,*
*John H. Hammergren and James Beer*

DATED:  August 9, 2022

ROBBINS GELLER RUDMAN
& DOWD LLP
SPENCER A. BURKHOLZ
LUKE O. BROOKS

1

CHRISTOPHER D. STEWART
JEFFREY J. STEIN
ANDREW W. HUTTON
ERIKA OLIVER
NATALIE F. LAKOSIL

By: _/s/ Spencer A. Burkholz_
SPENCER A. BURKHOLZ

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

*Lead Counsel for Lead Plaintiff*

## [~~PROPOSED~~] ORDER

The hearing on Defendants' motions to dismiss [Dkts. 237, 240] scheduled for August 12, 2022 is hereby vacated.  A new hearing on Defendants' motions to dismiss shall be scheduled for September 30, 2022. at 10:00 a.m.

DATED:  August _10_, 2022

_____
HONORABLE CHARLES R. BREYER
United States Judge