ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ (147029)
ELLEN GUSIKOFF STEWART (144892)
LUKE O. BROOKS (212802)
CHRISTOPHER D. STEWART (270448)
JEFFREY J. STEIN (265268)
ANDREW W. HUTTON (172033)
ERIKA OLIVER (306614)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
elleng@rgrdlaw.com
lukeb@rgrdlaw.com
cstewart@rgrdlaw.com
jstein@rgrdlaw.com
dhutton@rgrdlaw.com
eoliver@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANSTON POLICE PENSION FUND, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-06525-CRB |
| | CLASS ACTION |
| Plaintiff, | [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| MCKESSON CORPORATION, et al., | |
| Defendants. | |

This matter came before the Court for hearing pursuant to the Order of this Court, dated January 20, 2023, on the application of the Settling Parties for approval of the Settlement set forth in the Stipulation of Settlement dated November 30, 2022 (the "Stipulation").  Due and adequate notice having been given to the Class as required in the Order, the Court having considered all papers filed and proceedings held herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.      This Judgment incorporates by reference the definitions in the Stipulation, and all terms used herein shall have the same meanings as set forth in the Stipulation, unless otherwise stated herein.

2.      This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all members of the Class.

3.      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court hereby affirms its determinations in the Preliminary Approval Order, which certified, for purposes of effectuating the Settlement, a Class defined as all Persons that purchased or acquired McKesson common stock between October 24, 2013 and October 27, 2016, inclusive.  Excluded from the Class are Defendants and their families, the officers and directors of McKesson during the Class Period, members of their immediate families, and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest.  Also excluded from the Class is any Person who timely and validly sought exclusion from the Class, as identified in Exhibit A hereto.

4.      With respect to the Class, this Court finds for the purposes of effectuating the Settlement that: (a) the members of the Class are so numerous that joinder of all Class Members in the Action is impracticable; (b) there are questions of law and fact common to the Class; (c) the claims of the Lead Plaintiff are typical of the claims of the Class; (d) Lead Plaintiff and its counsel

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL
WITH PREJUDICE - 3:18-cv-06525-CRB                                                    - 1 -

1  have fairly and adequately represented and protected the interests of the Class Members; (e) the

2  questions of law and fact common to the Class predominate over any questions affecting only

3  individual members of the Class; and (f) a class action is superior to other available methods for

4  the fair and efficient adjudication of the controversy, considering: (i) the interests of the members

5  of the Class in individually controlling the prosecution of the separate actions; (ii) the extent and

6  nature of any litigation concerning the controversy already commenced by members of the Class;

7  (iii) the desirability or undesirability of concentrating the litigation of these claims in this particular

8  forum; and (iv) the difficulties likely to be encountered in the management of the Action.

9

10       5.      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court certifies

11  Pension Trust Fund for Operating Engineers as the representative of the Class.  Lead Counsel is

12  also certified as counsel to the class representative and the Class in the Action.

13       6.      Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby

14  approves the Settlement set forth in the Stipulation and finds that:

15

16       (a)     in light of the benefits to the Class and the complexity and expense of

17  further litigation, the Stipulation and the Settlement contained therein are, in all respects, fair,

18  reasonable and adequate;

19       (b)     there was no collusion in connection with the Stipulation;

20

21       (c)     Lead Plaintiff and Lead Counsel have adequately represented the Class;

22       (d)     the Stipulation was the product of informed, arm's-length negotiations

23  among competent, able counsel;

24       (e)     the relief provided for the Class is adequate, having taken into account (i)

25  the costs, risks, and delay of trial and appeal; (ii) the effectiveness of any proposed method of

26  distributing relief to the Class, including the method of processing Class Member's claims; (iii)

27

28

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL
WITH PREJUDICE - 3:18-cv-06525-CRB                                    - 2 -

the terms of any proposed award of attorneys' fees, including timing of payment; and (iv) any agreement required to be identified under Federal Rule of Civil Procedure 23(e)(3);

(f)     the proposed Plan of Allocation treats Class Members equitably relative to each other; and

(g)     the record is sufficiently developed and complete to have enabled Lead Plaintiff and Defendants to have adequately evaluated and considered their positions.

7.     Accordingly, the Court authorizes and directs implementation and performance of all the terms and provisions of the Stipulation, as well as the terms and provisions hereof.  Except as to any individual claim of those Persons who have validly and timely requested exclusion from the Class (identified in Exhibit A hereto), the Action and all claims contained therein are dismissed with prejudice as to the Lead Plaintiff, and the other Class Members and as against each and all of the Released Defendant Parties.  The Settling Parties are to bear their own costs except as otherwise provided in the Stipulation.

8.     No Person shall have any claim against the Lead Plaintiff, Lead Counsel, or the Claims Administrator, or any other Person designated by Lead Counsel based on determinations or distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further order(s) of the Court.

9.     Upon the Effective Date, Lead Plaintiff, and each of the Class Members, shall be deemed to have, and by operation of this Judgment shall have, fully, finally and forever waived, released, discharged, and dismissed each and every one of the Released Claims against each and every one of the Released Defendant Parties with prejudice on the merits, whether or not the Lead Plaintiff, or such Class Member executes and delivers the Proof of Claim and whether or not the Lead Plaintiff, or each of the Class Members ever seeks or obtains any distribution from the Settlement Fund.  Claims to enforce the terms of the Stipulation are not released.

[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL
WITH PREJUDICE - 3:18-cv-06525-CRB                                                    - 3 -

10.     Upon the Effective Date, the Defendants and each and every Released Defendant Party shall be deemed to have, and by operation of this Judgment shall have, fully, finally and forever waived, released, discharged, and dismissed the Released Plaintiff Parties from all Released Defendants' Claims (including, without limitation, Unknown Claims).  Claims to enforce the terms of the Stipulation are not released.   For the avoidance of doubt, the releases, relinquishments and discharges provided by the Released Defendant Parties in the Stipulation do not include the release, relinquishment or discharge of any claim or cause of action that any of the Released Defendant Parties may have against an insurer for, arising out of or related to insurance coverage for, arising out of or related to the Action or any related matter or proceeding, including any derivative action based on similar allegations.

11.     Upon the Effective Date, the Lead Plaintiff, all Class Members and anyone claiming through or on behalf of any of them are forever barred and enjoined from commencing, instituting, asserting or continuing to prosecute any action or proceeding in any court of law or equity, arbitration tribunal, administration forum or other forum of any kind any of the Released Claims (including, without limitation, Unknown Claims) against any of the Released Defendant Parties.

12.     The distribution of the Postcard Notice, posting of the Notice and Proof of Claim Form, and publication of the Summary Notice as provided for in the Preliminary Approval Order constituted the best notice practicable under the circumstances, including individual notice to Class Members who could be identified through reasonable effort.  The notice provided was the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Stipulation, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23, due process and any other applicable law, including the Private Securities Litigation Reform Act of 1995.  No

Class Member is relieved from the terms of the Settlement, including the releases provided for therein, based upon the contention or proof that such Class Member failed to receive actual or adequate notice.  A full opportunity has been offered to the Class Members to object to the proposed Settlement and to participate in the hearing thereon.  The Court further finds that the notice provisions of the Class Action Fairness Act, 28 U.S.C. Section 1715, were fully discharged and that the statutory waiting period has elapsed.  Thus, it is hereby determined that all members of the Class are bound by this Judgment, except those persons listed on Exhibit A to this Judgment.

13.     Any Plan of Allocation submitted by Lead Counsel or any order entered regarding any attorneys' fee and expense application shall in no way disturb or affect this Judgment and shall be considered separate from this Judgment.  Any order or proceeding relating to the Plan of Allocation or any order entered regarding any attorneys' fee and expense application, or any appeal from any order relating thereto or reversal or modification thereof, shall not affect or delay the finality of the Final Judgment in this Action.

14.     Neither the Stipulation nor the Settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim or of any wrongdoing or liability of the Released Defendant Parties; or (b) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of the Released Defendant Parties; or (c) is or may be deemed to be or may be used as an admission or evidence that any claims asserted by Lead Plaintiff were not valid or that the amount recoverable was not greater than the Settlement Amount in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal.  The Released Defendant Parties may file the Stipulation and/or this Judgment in any other action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral

estoppel, release, good faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

15.     Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of the Settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees and expenses in the Action; and (d) all parties hereto for the purpose of construing, enforcing, and administering the Settlement.

16.     The Court finds that during the course of the Action, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

17.     In the event that the Settlement does not become effective in accordance with the terms of the Stipulation, or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to the Defendants or their insurers, then this Judgment shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated; and in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation.

18.     The Settling Parties shall bear their own costs and expenses except as otherwise provided in the Stipulation or in this Judgment.

19.     Without further order of the Court, the Settling Parties may agree to reasonable extensions of time to carry out any of the provisions of the Stipulation.

20.     The Court directs immediate entry of this Judgment by the Clerk of the Court.

1      21.    The Court's orders entered during this Action relating to the confidentiality of

2   information shall survive this Settlement.

3          IT IS SO ORDERED.

4   DATED:    July 14, 2023

5                                              THE HONORABLE CHARLES R. BREYER
                                               SENIOR UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



*MKE-EXCL00001*

RECEIVED
3/23/2023
Claims Center

# Exclusion Cover Page

Case Name: McKesson Securities Litigation

Case Code: MKE

Exclusion Deadline: 5/12/2023 (Postmark by)

Name of Person Filing Exclusion: Janet D. Gortz

March 17, 2023

To:     McKesson Securities Litigation Exclusion
        c/o Gilardi & Company, LLC
        P.O. Box 5100
        Larkspur, CA  94977-5100

From:  Janet D. Gortz



Re:     Evanston Police Pension Fund v. McKesson Corporation, et al. (N.D. Cal.)
        Case No. 3:18-cv-06525-CRB

To Whom It May Concern:

On March 8, 2023, I, Janet D. Gortz, received legal notice via USPS of the Class Action Suit
Evanston Police Pension Fund v. McKesson Corporation, et al., Case No. 3:18-cv-06525-CRB.
(N.D. Cal.)

Between the dates of October 24, 2013 and October 27, 2016, inclusive, 20 shares of McKesson
Corporation Common Stock were purchased on January 25, 2016 for $171.80 price per share
totaling $3,436.00 by my investment advisor UBS Financial Services, Inc.  My understanding is
that these 20 shares of McKesson Corporation common stock are held in my IRA investment
account.

This letter is to inform you that I, Janet D. Gortz, am seeking exclusion from the McKesson
Securities Litigation class action suit Evanston Police Pension Fund v. McKesson Corporation, et
al. of which I have been recently notified.

Thank You.


Janet D. Gortz

cc. The Holland Group
UBS Financial Services, Inc.
2055 Crocker Rd., Suite 201
Westlake, Ohio 44145

Gareth D. Gortz

U.S. POSTAGE PAID
FCM LETTER

MAR 17, 23
AMOUNT
**$0.00**
R2304M116417-34

UNITED STATES
POSTAL SERVICE®

RDC 99

94977

RECEIVED

MAR 2 3 2023

BY: ........................

McKesson Securities Litigation/ Exclusion/
c/o Gilardi & Company, LLC
P.O. BOX 5100
Larkspur, CA 94977-5100

94977-510000

MKE



RECEIVED
3/30/2023
Claims Center

# Exclusion Cover Page

Case Name: McKesson Securities Litigation

Case Code: MKE

Exclusion Deadline: 5/12/2023 (Postmark by)

Name of Person Filing Exclusion: Theresa R. Knight (Estate)
                          Jeffrey Len Reynolds (Executor)

March 24, 2023

Theresa R Knight (Estate)
Traditional IRA
c/o Jeffrey Len Reynolds (Executor)



McKesson Securities Litigation – EXCLUSIONS
c/o Gilardi & Co. LLC
P.O. Box 5100
Larkspur, CA  94977-5100
877-892-8802
info@McKessonSecuritiesLitigation.com
www.mckessonsecuritieslitigation.com

RE:  EXCLUSION of Theresa R Knight (Deceased) and Theresa R Knight (Estate) from
      the McKesson Securities Litigation

I, Jeffrey Len Reynolds (Executor, Theresa R Knight Estate), request EXCLUSION of
Theresa R Knight (Deceased 09-05-2022) and Theresa R Knight (Estate) from the Class in
*Evanston Police Pension Fund v. McKesson Corporation, et al.*, Case No. 3:18-cv-06525-CRB.

Please provide written confirmation of receipt of this letter and that Theresa R Knight
has been excluded from said Class.

Theresa R Knight (Estate)
c/o Jeffrey Len Reynolds (Executor)



Note: As reference, Theresa R Knight's address between October 24, 2013 and
October 27, 2016, inclusive.

Theresa R Knight

McKesson common stock that Theresa R Knight:
(i) owned as of the opening of trading on October 24, 2013; and
(ii) purchased, acquired and/or sold between October 24, 2013 and October 27, 2016,
inclusive, as well as the number of shares, dates and prices for each such purchase,
acquisition, and sale.

| Security description | Method | Quantity or face value | Purchase date | Sale date | Sale amount ($) | Cost basis ($) | Wash sale cost basis adjustment ($) | Loss ($) | Gain ($) |
|---|---|---|---|---|---|---|---|---|---|
| MCKESSON CORP | FIFO | 4.000 | Sep 24, 15 | Jun 22, 16 | 727.86 | 786.00 | | -58.14 | |
| | FIFO | 3.000 | Mar 17, 16 | Dec 14, 16 | 431.33 | 654.26 | | -22.93 | |
| | FIFO | 1.000 | Sep 19, 16 | Dec 14, 16 | 143.78 | 164.74 | | -20.96 | |

Regards,

_(EXECUTOR)_          3 · 24 · 2 = 23

Jeffrey Len Reynolds (Executor, Theresa R Knight Estate)          Date

Enclosures:
- Theresa R Knight Death Certificate (copy)
- Theresa R Knight Estate Letters Testamentary (copy)
- Jeffrey Len Reynolds Driver's License (copy)
- Theresa R Knight - McKesson Securities Litigation LEAGAL NOTICE (circa 03-09-2023) (copy)

**DEATH CERTIFICATE**

State File Number

| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | 2 SEX | 2a. DATE OF DEATH (Mo., Day, Year) |
|---|---|---|---|
| THERESA REYNOLDS KNIGHT | BROWN | FEMALE | |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS,

STATE REGISTRAR AND CUSTODIAN
OFFICE OF VITAL RECORDS

COUNTY CUSTODIAN:

ISSUED BY:

DATE ISSUED: SEP 0 8 2022

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.
VOID IF ALTERED OR COPIED

IN THE PROBATE COURT OF ████████
████████

| | | |
|---|---|---|
| IN RE: ESTATE OF | ) | ESTATE NO.:  ████████ |
| | ) | |
| THERESA REYNOLDS KNIGHT A/K/A | ) | |
| THERESA R. KNIGHT, | ) | |
| Deceased. | ) | |

## LETTERS TESTAMENTARY
*[Relieved of Filing Returns]*

At a regular term of Probate Court, the Last Will and Testament dated **MARCH 9, 2016** (and Codicil(s) dated **N/A**) of the above-named Decedent, who was domiciled in this County at the time of his or her death or was domiciled in another state but owned property in this County at the time of his or her death, was legally proven in Solemn Form to be the Decedent's Will and was admitted to record by order, and it was further ordered that **JEFFREY LEN REYNOLDS**, named as Executor(s) in said Will, be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such Executor(s).

THEREFORE, the Executor(s), having taken the oath of office and complied with all the necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all powers of Executor(s) under the Will of said Decedent, according to the Decedent's Will and the law.

Given under my hand and official seal, the 5th day of *January*, 20 23.

**KELLEY S. POWELL, Judge /**
**KATHERINE E. FAGAN, Associate Judge**

*NOTE: The following must be signed if the Judge does not sign the original of this document:*

Issued by: _[signature]_

PROBATE CLERK/DEPUTY CLERK

**Certificate of Copy** ████████

As Clerk of the Probate Court of ████████
I do hereby certify that this document consisting of
____ pages is a true copy of the original document
on file in the Probate Court of ████████   The
Probate Court is a Court of Record.

In testimony whereof, I have hereunto set my name
and affixed the seal of said court this 18th day of
January , 20 23 .

_[signature]_                                    (SEAL)

Dep Judge/Clerk, Probate Court, ████████

*In Re: Estate of: Theresa Reynolds Knight A/K/A Theresa R. Knight*
*Estate No* ████████
*Petition to Probate Will in Solemn Form*





*McKesson Securities Litigation*
c/o Gilardi & Co. LLC
P.O. Box 301134
Los Angeles, CA 90030-1134



Presorted
First-Class Mail
US Postage
PAID
Permit #219
Petaluma, CA



MKEPC-1076156-0 Q
Do Not Mark This Barcode
37484

## LEGAL NOTICE

www.McKessonSecuritiesLitigation.com
Court-Ordered Legal Notice
(Forwarding Service Requested)

Important Information about a Securities
Class Action Settlement

You may be entitled to a payment.
This Notice may affect your legal rights.

Please read it carefully

THERESA R. KNIGHT
TRADITIONAL IRA
C/O JEFFREY REYNOLDS

# MKE

---



*Evanston Police Pension Fund v. McKesson Corporation, et al.*

Case No. 3:18-cv-06525-CRB (N.D. Cal.)

THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT
SCAN THE QR CODE TO VISIT WWW.MCKESSONSECURITIESLITIGATION.COM
OR CALL 1-877-892-8802 FOR MORE INFORMATION



If you purchased or otherwise acquired McKesson Corporation ("McKesson" or the "Company") common stock between October 24, 2013 and October 27, 2016, inclusive, you could be entitled to a payment from a proposed settlement ("Settlement") reached in this action ("Action"). Your rights may be affected by this Action and the Settlement. A hearing will be held on June 2, 2023, at 10:00 a.m., before the Hon. Charles R. Breyer at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, to determine whether the proposed settlement of the Action against Defendants McKesson, John H. Hammergren, and James Beer for $141 million and the Plan of Allocation should be approved as fair, reasonable and adequate and whether the Action should be dismissed with prejudice against the Defendants, as set forth in the Stipulation of Settlement ("Stipulation") filed with the Court; and whether Lead Counsel's application for an award of 25%, plus interest, and expenses not to exceed $1,500,000, plus interest, should be granted.

The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the U.S. federal laws, Defendants made material misrepresentations and omissions, with scienter, concealing that the increases in generic drug pricing that contributed to McKesson's financial success resulted in part from an alleged massive price-fixing scheme among the Company's generic drug manufacturing suppliers. Defendants deny the allegations. For a full description of the Settlement and your rights and to make a claim, you may obtain the Stipulation, long-form Notice of Pendency and Proposed Settlement of Class Action, and the Proof of Claim Form ("Claim Form") by visiting the website www.McKessonSecuritiesLitigation.com (the "Website") or you may request copies from the Claims Administrator by (1) mail: *McKesson Securities Litigation*, c/o Gilardi & Co. LLC, P.O. Box 301134, Los Angeles, CA 90034-1134; or (2) call toll-free: 1-877-892-8802.

To qualify for payment, you must submit a valid Claim Form, with supporting documentation, postmarked no later than May 10, 2023. You will be bound by any Judgment entered in the Action, regardless of whether you submit a Claim Form, unless you exclude yourself from the Class, received no later than May 12, 2023. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Class, you may object to the Settlement, Plan of Allocation, or request for award of attorneys' fees and expenses no later than May 12, 2023. The long-form Notice and the Website explain how to exclude yourself or to object.

Lead Plaintiff and the Class are represented by Lead Counsel Ellen Gusikoff Stewart, Robbins Geller Rudman & Dowd LLP, 655 W. Broadway, Suite 1900, San Diego, CA 92101, 1-800-449-4900, settlementinfo@rgrdlaw.com. You may, but do not have to, attend the Court hearing to be heard. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.



$9.65

03/24/23
1282500381-08

**PRIORITY MAIL®**

0 Lb 3.20 Oz

**RDC 04**

EXPECTED DELIVERY DAY: 03/27/23

B014

SHIP
TO:
PO BOX 5100
LARKSPUR CA 94977-5100

**USPS TRACKING® #**

FROM:

Reynolds

MAR 3 0 2023

TO:

**McKesson Securities Litigation
EXCLUSIONS**
c/o Gilardi & Co. LLC
P.O. Box 5100
Larkspur, CA  94977-5100



*MKE -EXCL00003*

RECEIVED
4/10/2023
Claims Center

# Exclusion Cover Page

Case Name: McKesson Securities Litigation

Case Code: MKE

Exclusion Deadline: 5/12/2023 (Postmark by)

Name of Person Filing Exclusion: Helen Birkenshaw
Joanne Davidowich (Executor)

March 2

McKesson Securities Litigation
c/o Gilardi & Co. LLC
Re: Legal Notice
for    Helen Birkenshaw

████████████████████
███████████████████████
████████████████

My name is Joanne Davidowich,
Helen Birkenshaws niece and exec
her estate. Helen passed away Sep
Please remove her from the Clas
member list and will opt out of
settlement.

Thank you
sincerly

Joanne Davidowich

████████████████████
███████████████████████
████████████

*McKesson Securities Litigation*
c/o GILARDI & CO LLC
P.O. Box 301134
Los Angeles, CA 90030-1134

REEXPEDITION / REDIRECTION

REEXPEDITION / REDIRECTION

CANADA POSTES
POST CANADA

P.O. Box 25058
London, Ontario
Canada N6C 6A8

2974625

## LEGAL NOTICE

MKEPC-1149563-0 0
Do Not Mark This Barcode
5760

www.McKessonSecuritiesLitigation.com
Court-Ordered Legal Notice
(Forwarding Service Requested)

Important Information about a Securities
Class Action Settlement

You may be entitled to a payment.
This Notice may affect your legal rights.

Please read it carefully.

HELEN BIRKENSHAW

>>>>>>>>>>>>>>>>>>>>>>

# MKE

*Evanston Police Pension Fund v. McKesson Corporation, et al.*

Case No. 3:18-cv-06525-CRB (N.D. Cal.)

THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT
SCAN THE QR CODE TO VISIT WWW.MCKESSONSECURITIESLITIGATION.COM
OR CALL 1-877-892-8802 FOR MORE INFORMATION



If you purchased or otherwise acquired McKesson Corporation ("McKesson" or the "Company") common stock between October 24, 2013 and October 27, 2016, inclusive, you could be entitled to a payment from a proposed settlement ("Settlement") reached in this action ("Action"). Your rights may be affected by this Action and the Settlement. A hearing will be held on June 2, 2023, at 10:00 a.m., before the Hon. Charles R. Breyer at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, to determine whether the proposed settlement of the Action against Defendants McKesson, John H. Hammergren, and James Beer for $141 million and the Plan of Allocation should be approved as fair, reasonable and adequate and whether the Action should be dismissed with prejudice against the Defendants, as set forth in the Stipulation of Settlement ("Stipulation") filed with the Court; and whether Lead Counsel's application for an award of 25%, plus interest, and expenses not to exceed $1,500,000, plus interest, should be granted.

The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the U.S. federal laws, Defendants made material misrepresentations and omissions, with scienter, concealing that the increases in generic drug pricing that contributed to McKesson's financial success resulted in part from an alleged massive price-fixing scheme among the Company's generic drug manufacturing suppliers. Defendants deny the allegations. For a full description of the Settlement and your rights and to make a claim, you may obtain the Stipulation, long-form Notice of Pendency and Proposed Settlement of Class Action, and the Proof of Claim Form ("Claim Form") by visiting the website: www.McKessonSecuritiesLitigation.com (the "Website") or you may request copies from the Claims Administrator by (1) mail: *McKesson Securities Litigation*, c/o Gilardi & Co. LLC, P.O. Box 301134, Los Angeles, CA 90034-1134; or (2) call toll-free: 1-877-892-8802.

To qualify for payment, you must submit a valid Claim Form, with supporting documentation, postmarked no later than May 10, 2023. You will be bound by any Judgment entered in the Action, regardless of whether you submit a Claim Form, unless you exclude yourself from the Class, received no later than May 12, 2023. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Class, you may object to the Settlement, Plan of Allocation, or request for award of attorneys' fees and expenses no later than May 12, 2023. The long-form Notice and the Website explain how to exclude yourself or to object.

Lead Plaintiff and the Class are represented by Lead Counsel: Ellen Gusikoff Stewart, Robbins Geller Rudman & Dowd LLP, 655 W. Broadway, Suite 1900, San Diego, CA 92101, 1-800-449-4900, settlementinfo@rgrdlaw.com. You may, but do not have to, attend the Court hearing to be heard. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

2303302127

3797 S4P

RECEIVED

APR 1 0 2023

KURTZMAN CARSON CONSULTANTS

McKesson Securities Litigation
c/o Gilardi & Co. LLC
P.O. Box 301134
Los Angeles, CA
90030-1134



**Air Mail   Par avion**

43-074-038 (02-12)

900308i134   890i



*MKE -EXCL00004*

RECEIVED
4/12/2023
Claims Center

# Exclusion Cover Page

Case Name: McKesson Securities Litigation

Case Code: MKE

Exclusion Deadline: 5/12/2023 (Postmark by)

Name of Person Filing Exclusion: Barbara J. Dash

April 2, 2023

*McKesson Securities Litigation*
EXCLUSIONS
% Gilardi & Co. LLC
P.O.Box 5100
Larkspur, CA 94977-5100

I, Barbara J Dash, request exclusion from the Class in *Evanston Police Pension Fund v. McKesson Corporation, et al.,* Case No. 3:18-cv-06525-CRB

Name:   Barbara J Dash
Address:

Telephone:

Number of shares of McKesson common stock owned as of the opening of trading on October 24, 2013 and purchased, acquired and/or sold between October 24, 2013 and October 27, 2016, inclusive, as well as the number of shares, dates and prices for each such purchase, acquisition and sale:

Position Begin Date          10/24/2013          Quantity  0.00

| Security Name | Transaction Description | Quantity | Price($) | Transaction Date | Total Cost($) |
|---|---|---|---|---|---|
| MCKESSON CORP | | | | | |
| MCKESSON CORP | Sold | 25.00 | 226.02 | 03/25/2015 | 5,650.37 |
| MCKESSON CORP | Sold | 25.00 | 208.96 | 01/05/2015 | 5,223.98 |
| MCKESSON CORP | Bought | 50.00 | 195.11 | 10/07/2014 | 9,755.56 |
| MCKESSON CORP | | | | | |

Position End Date          01/25/2017          Quantity  0.00

This is my written authorization to be excluded from the Class in *Evanston Police Pension Fund v. McKesson Corporation, et.al.,* Case No. 3:18-cv-06525-CRB.

Barbara J Dash

April 2, 2023
Date

Dash



3 APR 2023   PM 4   L

McKesson Securities Litigation
EXCLUSIONS
℅ Gilardi & Co. LLC
P.O. Box 5100
Larkspur, CA 94977-5100

RECEIVED
APR 12 2023

BY: ..................

94977-510000



*MKE -EXCL00005*

RECEIVED
4/12/2023
Claims Center

# Exclusion Cover Page

Case Name: McKesson Securities Litigation

Case Code: MKE

Exclusion Deadline: 5/12/2023 (Postmark by)

Name of Person Filing Exclusion: Edward F. Dash



April 2, 2023

McKesson Securities Litigation
EXCLUSIONS
% Gilardi & Co. LLC
P.O.Box 5100
Larkspur, CA 94977-5100

I, Edward F Dash, request exclusion from the Class in *Evanston Police Pension Fund v. McKesson Corporation, et al.*, Case No. 3:18-cv-06525-CRB.

Name:        Edward F Dash
Address:

Telephone:

Number of shares of McKesson common stock owned as of the opening of trading on October 24, 2013 and purchased, acquired and/or sold between October 24, 2013 and October 27, 2016, inclusive, as well as the number of shares, dates and prices for each such purchase, acquisition and sale:

Position Begin Date          10/24/2013          Quantity  0.00

| Security Name | Transaction Description | Quantity | Price($) | Transaction Date | Total Cost($) |
|---|---|---|---|---|---|
| MCKESSON CORP | | | | | |
| MCKESSON CORP | Sold | 20.00 | 184.90 | 09/30/2015 | 3,697.85 |
| MCKESSON CORP | Bought | 20.00 | 215.30 | 08/17/2015 | 4,306.01 |
| MCKESSON CORP | Sold | 25.00 | 226.07 | 03/25/2015 | 5,651.73 |
| MCKESSON CORP | Sold | 25.00 | 208.96 | 01/05/2015 | 5,223.98 |
| MCKESSON CORP | Bought | 50.00 | 195.11 | 10/07/2014 | 9,755.56 |
| MCKESSON CORP | Sold | 30.00 | 184.59 | 03/13/2014 | 5,537.45 |
| MCKESSON CORP | Bought | 30.00 | 181.13 | 03/04/2014 | 5,434.01 |
| MCKESSON CORP | | | | | |

Position End Date          01/25/2017          Quantity   0.00

This is my written authorization to be excluded from the Class in *Evanston Police Pension Fund v. McKesson Corporation, et.al.*, Case No. 3:18-cv-06525-CRB.

*Edward F. Dash*                              *April 2, 2023*
Edward F Dash                              Date

Dash



3 APR 2023   PM 4  L

RECEIVED
APR 1 2 2023
BY: ........................

McKesson Securities Litigation
EXCLUSIONS
% Gilardi & Co. LLC
P.O. Box 5100
Larkspur, CA 94977-5100

94977-510000



*MKE -EXCL00006*

RECEIVED
4/20/2023
Claims Center

# Exclusion Cover Page

Case Name: McKesson Securities Litigation

Case Code: MKE

Exclusion Deadline: 5/12/2023 (Postmark by)

Name of Person Filing Exclusion: Matthew A. Ubelhor

4/8/2023

I   Matthew A Ubelhor

[redacted]

I request to be excluded from the class in Evanston
Police Pension Fund v. Mckesson Corporation, et al, Case
No 3:18-cv-06525-CRB

Matthew A Ubelhor

On 10/24/2013 I owned  789,217 shares of Mckesson.

| Date | Shares | Action | Amount | Type |
|---|---|---|---|---|
| 1/7/2014 | 1.15 | Shares purchased | $ 189.41 | cost |
| 4/7/2014 | 1.053 | shares purchased | $ 189.69 | cost |
| 7/7/2014 | 0.985 | shares purchased | $ 189.94 | cost |
| 10/6/2014 | 0.958 | shares purchased | $ 190.18 | cost |
| 1/7/2015 | 0.891 | shares purchased | $ 190.41 | cost |
| 4/7/2015 | 0.832 | shares purchased | $ 190.62 | cost |
| 7/7/2015 | 0.821 | shares purchased | $ 190.82 | cost |
| 10/6/2015 | 1.173 | Shares purchased | $ 222.85 | cost |
| 1/7/2016 | 1.120 | Shares purchased | $ 223.18 | cost |
| 4/6/2016 | 1.396 | shares purchased | $ 223.50 | cost |
| 7/7/2016 | 1.154 | shares purchased | $ 223.89 | cost |
| 9/2/2016 | 0.750 | shares SOLD | $ 137.27 | procedes |
| 10/6/16 | 0.001 | shares Purchased | $ 0.21 | cost |
| 10/21/16 | 0.001 | Shares SOLD | $ 0.16 | procedes |
| 10/3/16 | 1.35 | Shares purchased | $ 224.00 | cost |



CERTIFIED MAIL



AMOUNT
$4.15

RDC 99

R2305M144647-05

Mr. Matthew Ubelhor

7022 1670 0001 7133 4004

McKesson Securities Litigation Exclusions
c/o Gilardi & Co LLC
PO Box 5100
Larkspur, CA 94977-5100

RECEIVED
APR 20 2023
BY:

94977-510000




U.S. POSTAGE PAID
FCM LETTER

PLACE STICKER AT TOP OF ENVELOPE TO T
OF THE RETURN ADDRESS, FOLD AT DOTT



*MKE -EXCL00007*

RECEIVED
5/3/2023
Claims Center

# Exclusion Cover Page

Case Name: McKesson Securities Litigation

Case Code: MKE

Exclusion Deadline: 5/12/2023 (Postmark by)

Name of Person Filing Exclusion: Monica M. Miszczak

24 April, 2023

McKesson Securities Litigation. EXCLUSIONS.
c/o Gilardi & Co. LLC.
P.O. Box 5100.
Larkspur, CA 94977-5100.

To Whom It May Concern;

I hereby request to be EXCLUDED from the:
Class in *Evanston Police Pension Fund v. McKesson Corporation, et al.,* Case No. 3:18-cv-06525-CRB

The name, address and telephone number of the person requesting exclusion from the above case is as follows:

Monica M Miszczak



Information on the shares of McKesson Company (MCK) purchased and sold are as follows (both the purchase and sale were done through TD Ameritrade):
**Purchase:**
200 Shares MCK on 20 Nov 2013 (Trade date)   25 Nov 2013  (Settle Date) at the price of $159.67.

**Sold:**
200 Shares MCK on Oct 26 2015 (Trade date)  10/29/2015 (Settle Date) at the price of $186.70

Copies of the TD Ameritrade Statements with the above information are shown below.
**PURCHASE:**

| Account Activity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction Cash Activity | Description | Symbol CUSIP | Quantity | Price | Amount | Balance |
| Opening Balance | | | | | | | | | $0.00 |
| | | | | | | | | | |

**SOLD:**

| Account Activity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Settle Date | Acct Type | Transaction Cash Activity | Description | Symbol CUSIP | Quantity | Price | Amount | Balance |
| Opening Balance | | | | | | | | | |

**Signed:**

*Monica M Miszczak*           _____
Monica M Miszczak                Date:

Monica M. Miszczak

MAY 0 3 2023

*McKesson Securities Litigation,*
*EXCLUSIONS*
*c/o Gilardi & Co. LLC*
*P.O. Box 5100*
*Larkspur, CA   94977-5100*



*MKE -EXCL00008*

RECEIVED
5/3/2023
Claims Center

# Exclusion Cover Page

Case Name: McKesson Securities Litigation

Case Code: MKE

Exclusion Deadline: 5/12/2023 (Postmark by)

Name of Person Filing Exclusion: Malta Pension Investments
Markus Pawlik, Managing Director

# ✓✓ Malta Pension Investments

| Malta Pension Investments | | Ihr Zeichen<br>Your Reference | Unser Zeichen/Datum<br>Our Reference/Date | Telefon/Telefax<br>Phone/Telefax |
|---|---|---|---|---|
| ████████████████ | | | | |

McKesson Securities Litigation
EXCLUSIONS c/o Gilardi & Co. LLC.
P.O. Box 5100
Larkspur, CA 94977-5100
USA

30th March 2023

**Request to be excluded from the Settlement Class in Evanston Police Pension Fund v. McKesson Corporation, et al., Case No. 3:18-cv-06525-CRB.**

Name:  MALTA PENSION INVESTMENTS

Address:     Aragon House, Business Centre

████████████████

Contact:  Markus Pawlik, Managing Director

Email: ████████████████

Telephone: ████████████

Trading history and proof of ownership being in the attached custodian certificate.

Markus Pawlik

Managing Director

Daniel Caruana

Authorised Signatory



**STATE STREET.**

State Street Bank International GMBH,
Luxembourg Branch

Luxembourg, 30ᵗʰ March 2023

**Re: Statement of positions McKesson Corporation**

**For the Claimant:** Malta Pension Investments

To Whom It May Concern,

We, State Street Bank International GmbH, Luxembourg branch, act or acted as the custodian bank for the securities listed in the attached Exhibit. We hereby certify that the transactions and holdings for the securities shown in the attached Exhibit are accurate for the dates indicated therein. The Claimant is/was the legal and beneficial owner of the securities listed in the attached Exhibit and holds all rights and obligations relating to these securities.

State Street Bank International GmbH, Luxembourg Branch

Rui
Machado

Digitally signed
by Rui Machado
Date: 2023.03.30
15:08:19 +02'00'

Information Classification: Limited Access

1





State Street Bank International GMBH

| RND | FUND NAME | CUSIP | CUSIP DESCRIPTION | CONT SETL DATE | TRADE DATE | STL LOC | TRAN TYPE | SHARES | LOCAL NET AMOUNT | LOCAL COMMISSION | LOCAL NET AMOUNT LESS LOC COMMISSION | LOCAL INTEREST | LOCAL NET AMOUNT LESS INTEREST | AS OF SHARE / PAR POSITION | BEG LTT DATE | END LTT DATE | BROKER NAME | BROKER NUMBER | UNIT PRICE | LOCAL FEES | TAXES | OTHER CHARGES | ISN, SDL WPK | TRD CURR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EUR ML56 EQUITY (DEAM) | 51051B905 | MCKESSON EUROPE AG COMMON STOCK | 9-Jan-15 | 7-Jan-15 | DE5 | BUY | 2,644.000 | 69,558.45 | 27.81 | 69,530.64 | | | 2,644.000 | 24-Oct-13 | 27-Oct-16 | UBS AG | E6053 | 26.30 | 0.00 | 0.00 | 0.00 | ISN: DE0005149008 SDL: 5756355 WPK: 514000 | EUR |
| | EUR ML56 EQUITY (DEAM) | 51051B905 | MCKESSON EUROPE AG COMMON STOCK | 12-Jan-15 | 8-Jan-15 | DE5 | BUY | 3,471.000 | 92,046.38 | 36.80 | 92,009.58 | | | 6,115.000 | 24-Oct-13 | 27-Oct-16 | UBS AG | A0455 | 26.51 | 0.00 | 0.00 | 0.00 | ISN: DE0005149008 SDL: 5756355 WPK: 514000 | EUR |
| | EUR ML56 EQUITY (DEAM) | 51051B905 | MCKESSON EUROPE AG COMMON STOCK | 2-Feb-15 | 29-Jan-15 | DE5 | SELL | (6,115.000) | (159,923.09) | (320.49) | (159,602.60) | | | 0.000 | 24-Oct-13 | 27-Oct-16 | J.P. MORGAN SECURITIES PLC | E6076 | 26.21 | 0.00 | 0.00 | 0.00 | ISN: DE0005149008 SDL: 5756355 WPK: 514000 | EUR |
| | EUR MP13 EQUITY (DEAM) | 51051B905 | MCKESSON EUROPE AG COMMON STOCK | 9-Jan-15 | 7-Jan-15 | DE5 | BUY | 20,997.000 | 552,389.48 | 220.87 | 552,168.61 | | | 20,997.000 | 24-Oct-13 | 27-Oct-16 | UBS AG | E6076 | 26.30 | 0.00 | 1.56 | 0.00 | ISN: DE0005149008 SDL: 5756355 WPK: 514000 | EUR |
| | EUR MP13 EQUITY (DEAM) | 51051B905 | MCKESSON EUROPE AG COMMON STOCK | 12-Jan-15 | 8-Jan-15 | DE5 | BUY | 27,552.000 | 730,643.86 | 292.14 | 730,351.72 | | | 48,549.000 | 24-Oct-13 | 27-Oct-16 | UBS AG | | 26.51 | 0.00 | 2.42 | 0.00 | ISN: DE0005149008 SDL: 5756355 WPK: 514000 | EUR |
| | EUR MP13 EQUITY (DEAM) | 51051B905 | MCKESSON EUROPE AG COMMON STOCK | 2-Feb-15 | 29-Jan-15 | DE5 | SELL | (48,549.000) | (1,269,582.10) | (2,544.45) | (1,267,237.65) | | | 0.000 | 24-Oct-13 | 27-Oct-16 | J.P. MORGAN SECURITIES PLC | | 26.21 | 0.00 | 0.00 | 0.00 | ISN: DE0005149008 SDL: 5756355 WPK: 514000 | EUR |

Information Classification: Limited Access

2



State Street Bank International GMBH



| FUND | FUND NAME | CUSIP | CUSIP DESCRIPTION | CONT STL DATE | TRADE DATE | POST DATE | STL LOC | TRAN TYPE | SHARES | LOCAL NET AMOUNT | LOCAL COMMIS SION | LOCAL NET AMOUNT LESS LOC COMMISSIO N | LOCAL INTERES T | LOCAL NET AMOUNT LESS INTERES T | AS OF SHARE / PAR POSITION | BEG LIT DATE | END LIT DATE | BROKER NAME | BROKER NUMBER | UNIT PRICE | LOCAL FEES | TAXES | OTHER CHARGE S | ISIN, SDL WPK | TRD CURR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MP28 | Transition | 58155Q103 | MCKESSO N CORP COMMON STOCK USD.01 | 18-May-16 | 13-May-16 | Fri, 02-Oct-20 | DTC | BUY | 1,000.000 | 166,945.04 | 25.04 | 166,920.00 | | | 1,000.000 | 24-Oct-13 | 27-Oct-16 | STATE STRE ET BANK AND TRUST COMPANY | E6053 | 166.92 | 0.00 | 0.00 | 0.00 | ISIN: DE900514 0008 SDL: S250355 | EUR |
| MP28 | Transition | 58155Q103 | MCKESSO N CORP COMMON STOCK | 20-May-16 | 20-May-16 | Tue, 03-Nov-20 | DTC | SELL | (1,000.000) | (180,960.00) | 0.00 | (180,960.00) | | | 0.000 | 24-Oct-13 | 27-Oct-16 | INCOMING CLIENT | A0455 | 180.96 | 0.00 | 0.00 | 0.00 | ISIN: DE900514 0008 SDL: | EUR |
| MP51 | US Equity (Bnp) | 58155Q103 | MCKESSO N CORP COMMON STOCK USD.01 | 20-May-16 | 19-May-16 | Tue, 01-Dec-20 | DTC | BUY | 1,000.000 | 180,960.00 | 0.00 | 180,960.00 | | | 1,000.000 | 24-Oct-13 | 27-Oct-16 | INCOMING CLIENT | E6076 | 180.96 | 0.00 | 0.00 | 0.00 | DE900514 0008 SDL: S250355 | EUR |
| MP51 | US Equity (Bnp) | 58155Q103 | MCKESSO N CORP COMMON STOCK | 26-May-16 | 23-May-16 | Thu, 03-Dec-20 | DTC | SELL | (400.000) | (71,444.15) | (14.29) | (71,429.86) | | | 600.000 | 24-Oct-13 | 27-Oct-16 | CITIGROU P GLOBAL MARKETS LIMITED | E6076 | 178.65 | 0.00 | 1.56 | 0.00 | DE900514 0008 SDL: S250755 | EUR |
| MP51 | US Equity (Bnp) | 58155Q103 | MCKESSO N CORP COMMON STOCK | 10-Jun-16 | 07-Jun-16 | | DTC | SELL | (600.000) | (110,957.38) | (22.20) | (110,935.18) | | | 0.000 | 24-Oct-13 | 27-Oct-16 | INSTINET LLC | | 184.97 | 0.00 | 2.42 | 0.00 | DE900514 0008 SDL: S250355 | EUR |
| MP51 | US Equity (Bnp) | 58155Q103 | MCKESSO N CORP COMMON STOCK | 12-Aug-16 | 09-Aug-16 | | DTC | BUY | 664.000 | 130,362.63 | 26.07 | 130,336.56 | | | 664.000 | 24-Oct-13 | 27-Oct-16 | MERRILL LYNCH PIERCE FENNER | | 196.29 | 0.00 | 0.00 | 0.00 | DE900514 0008 SDL: | EUR |
| MP51 | US Equity (Bnp) | 58155Q103 | MCKESSO N CORP COMMON STOCK | 09-Sep-16 | 06-Sep-16 | Fri, 07-Apr-17 | DTC | BUY | 734.000 | 135,589.57 | 27.11 | 135,562.46 | | | 1,398.000 | 24-Oct-13 | 27-Oct-16 | CITIGROU P GLOBAL MARKETS LIMITED | 90269 | 184.69 | 0.00 | 0.00 | 0.00 | DE900514 0008 SDL: | EUR |

Information Classification: Limited Access

1



MaltaPost p.l.c.   06-Apr-2023

Stamps Affixed

€      0.00   Foreign Post - Letters
              Registered

**Total Postage Value**

€                    7.30

Destination:

USA

WEIGHT  0.028 Kg

FOREIGN    ZONE   B

RR436251182MT

RR Registered Item
   RR436251182MT

RECEIVED
MAY 0 3 2023

RECEIVED
MAY 0 3 2023

BY: ......................

RR436251182MT
Customer's Signature and ID.